# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Khale Liam Guillou | ) | Case No. |
| | ) | 24-mj- 181-01-AJ |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 6, 2024  in the county of  Cheshire  in the  District of  New Hampshire , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(u) | Theft from a federal firearm licensee |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

/s/ T. Sean Hoover
*Complainant's signature*

T. Sean Hoover, ATF, SA
*Printed name and title*

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim P. 4.1 and affirmed under oath the content of this complaint and affidavit.

Date: **Jul 25, 2024**

Andrea K. Johnstone
*Judge's signature*

City and state:   Concord, New Hampshire

Andrea K. Johnstone, US Magistrate Judge
*Printed name and title*